IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROXANNE THOMPSON | : |
| | : |
| v. | : |
| | : CIVIL ACTION NO. 2:18-cv-03817 |
| KATHY L. RUMER, D.O., F.A.C.O.S; | : |
| DELAWARE VALLEY AESTHETICS, PLLC | : |
| D/B/A RUMER COSMETIC SURGERY | : |

DISCLOSURE STATEMENT FORM

Please check one box:

☑  The nongovernmental corporate party, Delaware Valley Aesthetics, PLLC d/b/a/ Rumer Cosmetic Surgery, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐  The nongovernmental corporate party, Delaware Valley Aesthetics, PLLC d/b/a Rumer Cosmetic Surgery, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____

Oct. 4, 2018
Date

_____
Signature

Counsel for:   Kathy L. Rumer, D.O. and Delaware Valley Aesthetics, PLLC d/b/a Rumer Cosmetic Surgery

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
   (a)   WHO MUST FILE; CONTENTS.   A nongovernmental corporate party must file two copies of a disclosure statement:
      (1)   identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
      (2)   states that there is no such corporation.
   (b)   TIME TO FILE; SUPPLEMENTAL FILING.   A party must:
      (1)   file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
      (2)   promptly file a supplemental statement if any required information changes.

1678991_1.docx