IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROXANNE THOMPSON | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 18-3817 |
| | : | |
| -against- | : | |
| | : | |
| KATHY L. RUMER, D.O., F.A.C.O.S. | : | |
| and DELAWARE VALLEY AESTHETICS, PLLC | : | |
| d/b/a RUMER COSMETIC SURGERY, | : | |
| | : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the Motion for Admission Pro Hac Vice of Scott H. Seskin, Esq. was filed and served upon Defendant's counsel on November 7, 2018 by way of the courts electronic filing and notification system.

THE RUBINSTEIN LAW FIRM, L.L.C.

BY: _____
Kristy L. Bruce
*Attorney for Plaintiff*