IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROXANNE THOMPSON

           Plaintiff,     :    Civil Action No.: 18-3817

-against-

KATHY L. RUMER, D.O., F.A.C.O.S.
and DELAWARE VALLEY AESTHETICS, PLLC
d/b/a RUMER COSMETIC SURGERY,

           Defendants.

FILED
NOV 07 2018
KAT_____, Clerk
By_____ Dep. Clerk

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF SCOTT H. SESKIN

**IT IS HEREBY ORDERED** that counsel's Motion Pursuant to Local Rule 83.5.2(b) for the Admission of Counsel, Scott H. Seskin, Esquire, *Pro Hac Vice* to practice in this court is **GRANTED.**

Date 11-7-18

_____
United States District Judge

ENT'D NOV - 7 2018