IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROXANNE THOMPSON | : | CIVIL ACTION |
| v. | : | |
| KATHY L. RUMER, et al. | : | NO.: 18-cv-3817 |

## O R D E R

**AND NOW**, this **25TH** day of **JUNE 2019**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable Berle M. Schiller, to the calendar of the Honorable Joshua D. Wolson.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

_Kate Barkman_
_____
**KATE BARKMAN**
Clerk of Court