IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROXANNE THOMPSON,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 18 -3817** |
| v. | : | |
| **KATHY L. RUMER, et al,** | : | |
| *Defendant* | : | |

### ORDER

**AND NOW,** this 18th day of July, 2019, in light of the October 9, 2018 Order remanding this case [ECF 8], it is **ORDERED** that the **final pretrial conference** scheduled for September 16, 2019, is **CANCELED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**
*Judge, United States District Court*