IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROXANNE THOMPSON,** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | Case No. 2:18-cv -3817-JDW |
| v. | : | |
| **KATHY L. RUMER, et al.,** | : | |
| *Defendants* | : | |

## ORDER

**AND NOW,** this 23rd day of August, 2019, upon consideration of the August 16, 2019 request by Plaintiff's counsel for a postponement of the September 16, 2019 trial date for the above-captioned matter, it is hereby **ORDERED** that the pending retrial and trial dates in paragraphs 6-11 of the existing scheduling order (ECF No. 8) are **VACATED**.

It is **FURTHER ORDERED** that on or before October 1, 2019, Plaintiff's counsel shall update the Court as to his availability for trial in this matter.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.