IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROXANNE THOMPSON,** | : | |
| | : | |
| *Plaintiff* | : | |
| | : | Case No. 2:18-cv -3817-JDW |
| v. | : | |
| | : | |
| **KATHY L. RUMER, et al.,** | : | |
| | : | |
| *Defendants* | : | |

# ORDER

**AND NOW,** this 9th day of October, 2019, it is hereby **ORDERED** that the above-captioned case is scheduled for trial to commence on **Monday, December 9, 2019** at **9:30 a.m.** in Courtroom 3B, located at 601 Market Street, Philadelphia, PA.  It is **FURTHER ORDERED** as follows:

1. No later than **November 8, 2019**, counsel for each party shall exchange a list identifying each exhibit the party expects to offer at trial;

2. No later than **November 8, 2019**, each party shall file a pretrial memorandum.  The parties shall include in their pretrial memoranda all information required under Fed. R. Civ. P. 26(a)(3) and Local Civil Rule 16.1(c), including but not limited to the following:

   a) the identity of each expert witness to be called at trial by the party with a summary of the expert's opinions;

   b) the identity of each fact witness to be called at trial with a concise statement of the nature and substance of the expected testimony (witnesses not listed may not be called by that party in its case-in-chief);

   c) deposition designations, specifically citing those portions by page and line

number, of written or video deposition testimony to be offered at trial, as well as any objections or counter designations;

d) an itemized statement of damages or other relief sought; and

e) a statement of any anticipated important legal issues on which the Court will be required to rule;

3. All *motions in limine* shall be filed on or before **November 12, 2019**. Responses, if any, shall be filed no later than November 22, 2019;

4. No later than November 15, 2019, each party may submit proposed jury questions for *voir dire* via e-mail in Word format to Chambers_of_Judge_Wolson@paed.uscourts.gov with "*voir dire* questions" in the subject line;

5. No later than November 15, 2019, the Parties shall file proposed jury instructions on substantive issues with an electronic copy e-mailed in Word format to Chambers_of_Judge_Wolson@paed.uscourts.gov with "jury instructions" in the subject line. Proposed jury instructions shall be filed as a single, joint submission. To the extent the Parties do not agree as to any particular instruction, they shall indicate their respective positions and provide the source of law on which each of them bases its proposed instruction; and

6. A final pretrial conference will be held on December 4, 2019, at 10:00 a.m. in Room 3809, United States District Court, 601 Market Street, Philadelphia, PA 19106. Counsel shall be prepared to discuss any pending *motions in limine*, objections to witnesses and exhibits, and any stipulations of uncontested facts.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**