# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROXANNE THOMPSON,** | : <br> : <br> : **Case No.  2:18-cv-03817 -JDW** <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Plaintiff, | |
| v. | |
| **KATHY L. RUMER, et al.,** | |
| Defendants. | |

## NOTICE

**PLEASE TAKE NOTICE** that a telephone status conference, in the above captioned matter, is scheduled for **Wednesday, October 30, 2019** at **4:30 p.m.**, before The Honorable Joshua D. Wolson.  Counsel for Plaintiff is directed to initiate this call and once all counsel are on the phone, call Judge Wolson's Chambers at (267) 299-7320.


                                             */s Jeannine K. Abed*
                                             Jeannine K. Abed
                                             Civil Deputy Clerk to Hon. Joshua D. Wolson

Dated:  October 29, 2019

cc:    Kristy L. Bruce, Esquire
         Scott H. Seskin, Esquire
         Chilton G. Goebel, III, Esquire