IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROXANNE THOMPSON,** | : | |
| *Plaintiff* | : | |
| | : | Case No. 2:18-cv-3817-JDW |
| v. | : | |
| **KATHY L. RUMER, et al.,** | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 5th day of November, 2019, following a telephonic conference with counsel for the Parties, it is **ORDERED** as follows:

1. This case is referred to Magistrate Judge Elizabeth T. Hey for purposes of conducting settlement proceedings, as Judge Hey deems appropriate. Within fourteen (14) days of the date of this Order, the Parties shall jointly contact Judge Hey's chambers at chambers_of_magistrate_judge_elizabeth_hey@paed.uscourts.gov to report either (1) they agree on the general time frame for a settlement conference with proposed dates, or (2) they wish to speak with Judge Hey before identifying a time frame for a settlement conference. The Parties shall update Judge Wolson on the status of settlement discussions no later than thirty (30) days before the close of discovery;

2. No later than January 7, 2020, counsel for each party shall exchange a list identifying each exhibit the party expects to offer at trial;

3. No later than January 7, 2020, each party shall file a pretrial memorandum. The parties shall include in their pretrial memoranda all information required by Fed. R. Civ. P. 26(a)(3) and Local Rule of Civil Procedure 16.1, including but not limited to the following:

      a) the identity of each expert witness to be called at trial by the party with a summary of the expert's opinions;

      b) the identity of each fact witness to be called at trial with a concise statement of the nature and substance of the expected testimony (witnesses not listed may not be called by that party in its case-in-chief);

      c) designations, specifically citing those portions by page and line number, of written or video deposition testimony to be offered at trial;

      d) an itemized statement of damages or other relief sought; and

      e) a statement of any anticipated important legal issues on which the Court will be required to rule;

4. All *motions in limine* shall be filed on or before January 7, 2020. Responses, if any, shall be filed no later than January 14, 2020;

5. No later than January 10, 2020, each party may submit proposed jury questions for *voir dire* via e-mail in Word format to Chambers_of_Judge_Wolson@paed.uscourts.gov with "*voir dire* questions" in the subject line;

6. No later than January 10, 2020, the parties may file proposed jury instructions on substantive issues with an electronic copy e-mailed in Word format to Chambers_of_Judge_Wolson@paed.uscourts.gov with "jury instructions" in the subject line. Proposed jury instructions should be submitted as a joint submission, and for any instructions on which the parties do not agree, plaintiff's proposal shall be in italics and defendant's submission shall be in bold, with citations to the sources of law upon which each proposed instruction is based;

7. On or before January 14, 2020, the parties shall submit to the Court a binder or memory stick containing all exhibits that the parties intend to use at trial. Exhibits shall be

consecutively numbered, and the Parties must confer in advance of the submission to eliminate duplication in the exhibits that they submit. The exhibits must be accompanied by a table of contents that lists each exhibit and sets forth whether there is an objection to the admission of the document in evidence at the trial and the basis for any such objection;

8. A final pretrial conference will be held on **January 16, 2020**, at **10:00 a.m.** in Room 3809, United States District Court, 601 Market Street, Philadelphia, PA 19106. Counsel shall be prepared to discuss any pending *motions in limine*, objections to witnesses and exhibits, and any stipulations of uncontested facts;

9. Trial is scheduled for **January 21, 2020**, at **9:30 a.m.** in Courtroom 3B; and

10. Counsel for all Parties shall refer to Judge Wolson's Policies and Procedures regarding all matters of discovery and correspondence with the Court.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.