# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROXANNE THOMPSON,** *Plaintiff* v. **KATHY L. RUMER, et al,** *Defendants* | Case No. 2:18-cv-3817-JDW |

## NOTICE

**PLEASE TAKE NOTICE** that a telephone conference will be held on **Tuesday, December 10, 2019** at 4**:00 p.m.** before The Honorable Joshua D. Wolson. Counsel for Plaintiff is directed to initiate this call and once all counsel are on the phone, call Judge Wolson's Chambers at (267) 299-7320.

*S/ Laura L. Buenzle for JKA*
Jeannine K. Abed
Civil Deputy Clerk to Hon. Joshua D. Wolson

Dated: December 6, 2020

cc:   Kristy L. Bruce, Esquire
      Scott H. Seskin, Esquire
      Chilton G. Goebel, III, Esquire