### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROXANNE THOMPSON,** | : |
| *Plaintiff* | : |
| | :    Case No. 2:18-cv-3817-JDW |
| v. | : |
| **KATHY L. RUMER, et al.,** | : |
| *Defendants* | : |

### ORDER

**AND NOW**, this 11th day of December, 2019, following a telephonic conference with counsel for the Parties, it is **ORDERED** as follows:

1. No later than February 21, 2020, counsel for each party shall exchange a list identifying each exhibit the party expects to offer at trial;

2. No later than **February 21, 2020**, each party shall file a pretrial memorandum. The parties shall include in their pretrial memoranda all information required by Fed. R. Civ. P. 26(a)(3) and Local Rule of Civil Procedure 16.1, including but not limited to the following:

   a) the identity of each expert witness to be called at trial by the party with a summary of the expert's opinions;

   b) the identity of each fact witness to be called at trial with a concise statement of the nature and substance of the expected testimony (witnesses not listed may not be called by that party in its case-in-chief);

   c) designations, specifically citing those portions by page and line number, of written or video deposition testimony to be offered at trial;

   d) an itemized statement of damages or other relief sought; and

    e)  a statement of any anticipated important legal issues on which the Court will be required to rule;

3.  All *motions in limine* shall be filed on or before **February 26, 2020**. Responses, if any, shall be filed no later than March 6, 2020;

4.  No later than March 10, 2020, each party may submit proposed jury questions for *voir dire* via e-mail in Word format to Chambers_of_Judge_Wolson@paed.uscourts.gov with "*voir dire* questions" in the subject line;

5.  No later than March 10, 2020, the parties may file proposed jury instructions on substantive issues with an electronic copy e-mailed in Word format to Chambers_of_Judge_Wolson@paed.uscourts.gov with "jury instructions" in the subject line. Proposed jury instructions should be submitted as a joint submission, and for any instructions on which the parties do not agree, plaintiff's proposal shall be in italics and defendant's submission shall be in bold, with citations to the sources of law upon which each proposed instruction is based;

6.  On or before March 10, 2020, the parties shall submit to the Court a binder or memory stick containing all exhibits that the parties intend to use at trial. Exhibits shall be consecutively numbered, and the Parties must confer in advance of the submission to eliminate duplication in the exhibits that they submit. The exhibits must be accompanied by a table of contents that lists each exhibit and sets forth whether there is an objection to the admission of the document in evidence at the trial and the basis for any such objection;

7.  A final pretrial conference will be held on **March 12, 2020**, at **10:00 a.m.** in Room 3809, United States District Court, 601 Market Street, Philadelphia, PA 19106. Counsel shall be prepared to discuss any pending *motions in limine*, objections to witnesses and exhibits, and any stipulations of uncontested facts;

3

      8.      Trial is scheduled for **March 16, 2020**, at **9:30 a.m.** in Courtroom 3B; and

      9.      Counsel for all Parties shall refer to Judge Wolson's Policies and Procedures regarding all matters of discovery and correspondence with the Court.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.