IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROXANNE THOMPSON,<br>83 A Cooper Street<br>Brooklyn, New York 11207 | : | |
| Plaintiff, | : | Civil Action No.: 18-3817 |
| -against- | : | |
| KATHY L. RUMER, D.O., F.A.C.O.S.<br>105 Ardmore Avenue<br>Ardmore, PA 19003 | : | **PRETRIAL MEMORANDUM PURSUANT TO F.R.C.P. 26(a)(3) AND LOCAL RULE 16.1** |
| and | : | |
| DELAWARE VALLEY AESTHETICS, PLLC<br>d/b/a RUMER COSMETIC SURGERY,<br>105 Ardmore Avenue<br>Ardmore, PA 19003 | : | |
| Defendants. | : | |

a.  Plaintiff expects to call Jess Ting, M.D., as its medical expert in this matter. Dr. Ting is expected to testify that Dr. Rumer departed from good and accepted medical practice and medical standards of care in her performance of gender reassignment surgery and post-surgical care and treatment; in her failure to conduct a course of permanent hair removal prior to vaginoplasty; and in her failure to appropriately size clitoris and remove erectile tissue around the clitoris and urethera. Dr. Ting is also expected to testify that due to defendant's medical malpractice, plaintiff has hair permanently growing inside her vagina requiring painful laser treatments to eliminate the hair that can be removed; plaintiff has an oversized clitoris without clitoral hood which is hypersensitive to rubbing and overlying clothing which permanently affects her ability to achieve orgasm or sexual satisfaction without pain, even after 3 surgical revision procedures; vaginal canal had strictures, skin webs and lack of depth, excessive erectile tissue, and absent labia minora, which required surgical revision. Plaintiff also expects to call Juancy Rodriguez FNP-BC, Sue Weiss FNP and/or Toviah Narva ANP-BC, of Callen-Lorde, 356 W. 18th Street, New York, New York, to testify to the physical and psychological effects and impact that the medical malpractice committed by Dr. Rumer have upon the everyday life of plaintiff Roxanne Thompson.

b. In addition to plaintiff, it is expected that the following fact witnesses will testify at the time of trial: Kevin Crawford and Antoine Bouie. Both Kevin Crawford and Antoine Bouie are expected to testify that plaintiff Roxanne Thompson was compliant with all pre-operative and post-operative care and instructions provided by Dr. Rumer. They are also expected to testify to the physical and psychological effects and impact that the medical malpractice committed by Dr. Rumer have upon the everyday life of plaintiff Roxanne Thompson.

c. Plaintiff expects to offer the following pages and lines from the deposition of defendant Kathy Rumer, D.O. taken on May 3, 2019: Pg. 1; Pg. 2; Pg.3; Pg. 4; Pg.-5; Pg. 6, Lines 1-13, 20-25; Pg. 7, Lines 1-9, 13-24; Pg. 8; Pg. 9; Pg. 10; Pg. 11; Pg. 12; Pg. 13; Pg. 14, Pg. 15; Pg. 16; Pg. 17, Lines 1-12, 15-24; Pg. 18; Pg. 19; Pg. 20; Pg. 21; Pg. 22; Pg. 23; Pg. 24, Lines 1-5, 9-24; Pg. 25; Pg. 26; Pg. 27; Pg. 28, Lines 1-12, 19-21; Pg. 30, Lines 13-15, 18-24; Pg. 31; Pg. 32; Pg. 33; Pg. 24; Pg. 34; Pg. 35; Pg. 36; Pg. 37; Pg. 38; Pg. 39; Pg. 40; Pg. 41; Pg. 42, Lines 1-1-6, up to the word "Possibly", Lines 17-24; Pg. 43; Pg. 44; Pg. 45; Pg. 46, Lines 1-23; Pg. 47, Lines 3-24; Pg. 48; Pg. 49; Pg. 50; Pg. 51, Lines 1-3, 6-24; Pg. 52; Pg. 53; Pg. 54; Pg. 55; Pg. 56; Pg. 57, Lines 1-12, 16-24; Pg. 58, Lines 1-7, 11-18; Pg. 59, Lines 3-24; Pg. 60; Pg. 61; Pg. 62; Pg. 63, Pg. 64, Line 1, 5-24; Pg. 65; Pg. 66, Lines 1-16; Pg. 67; Pg. 68; Pg. 69; Pg. 70, Lines 1-9, 17-24; Pg. 71; Pg. 72; Pg. 73; Pg. 74; Pg. 75; Pg. 76; Pg. 77; Pg. 78; Pg. 79, Lines 1-5, 9-24; Pg. 80; Pg. 81; Pg. 82; Pg. 83; Pg. 84; Pg. 85; Pg. 86; Pg. 87; Pg. 88; Pg. 89; Pg. 90; Pg. 91; Pg. 92; Pg. 93; Pg. 94, Lines 1-4.

d. Plaintiff Roxanne Thompson, demands compensatory damages against defendant Kathy L. Rumer, D.O., F.A.C.O.S., in an amount in excess of Seventy-Five Thousand Dollars, plus interest, costs and damages for pre-judgment delay, for the First and Second Counts of Negligence as follows:

   (a) Compensatory damages in an amount supported by the evidence at trial;
   (b) Damages including: pain, mental anguish, impairment, disfigurement, loss of life's pleasures, reasonable and necessary past and future medical expenses;
   (c) An award for attorney's fees, pre-judgment and post-judgment interest, and costs of suit, as provided by law; and
   (d) Such other legal and equitable relief this Court deems just.

e. None.

_____
Scott H. Seskin, Esq.
Attorney for Plaintiff
110 E. 59th Street
New York, NY 10022
T: (212) 751-0077
F: (212) 355-3936