# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROXANNE THOMPSON,** | : |
| *Plaintiff* | : |
| | : Case No. 2:18-cv-3817-JDW |
| v. | : |
| **KATHY L. RUMER, et al.,** | : |
| *Defendants* | : |

## ORDER

**AND NOW**, this 3rd day of March, 2020, in light of the report that the Parties have agreed to submit this dispute to binding private arbitration, it is **ORDERED** as follows:

1. All dates in the operative scheduling order (ECF No. 18) are **VACATED**;

2. The Clerk of Court shall place this case in **CIVIL SUSPENSE**;

3. No later than fourteen (14) days following any arbitral award in this matter, the Parties shall notify the Court by letter of the results of arbitration.

BY THE COURT:

JOSHUA D. WOLSON, J.

ENT'D MAR - 3 2020