IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROXANNE THOMPSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KATHY L. RUMER, et al | : | |
| | : | NO. 18-3817 |
| | : | |
| | : | |

ORDER

    AND NOW, this 3rd day of March, 2020, IT IS HEREBY ORDERED that in light of Judge Wolson's suspense order, the settlement conference scheduled for March 10 is cancelled. Counsel shall copy Judge Hey when updating the Court on the status of the case.

BY THE COURT:

/s/ ELIZABETH T. HEY

_____

ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE