**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ROXANNE THOMPSON : CIVIL ACTION

    VS.

KATHY L. RUMER, D.O., F.A.C.O.S., et al : NO. 2:18-cv-03817

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly withdraw the appearance of Chilton G. Goebel, III, Esquire on behalf of defendants Kathy L. Rumer, D.O., F.A.C.O.S. and Delaware Valley Aesthetics, PLLC, d/b/a Rumer Cosmetic Surgery in the above captioned matter.

                                      GERMAN, GALLAGHER & MURTAGH

                              BY: *s/Chilton G. Goebel, III*
                                         Chilton G. Goebel, III
                                         Identification No. 92811

                                         Attorney for Defendants
                                         Kathy L. Rumer, D.O., F.A.C.O.S.
                                         and Delaware Valley Aesthetics, PLLC,
                                         d/b/a Rumer Cosmetic Surgery

                                         The Bellevue, 5th Floor
                                         200 S. Broad Street
                                         Philadelphia, PA 19102
                                         T: 215-545-7700
                                         F: 215-732-4182
                                         goebelc@ggmfirm.com

1942118_1