IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROXANNE THOMPSON,

    *Plaintiff*,

v.

KATHY L. RUMER, et al,

    *Defendants*.

Case No. 2:18-cv-3817-JDW

## ORDER

**AND NOW**, this 27th day of October, 2020, it is **ORDERED** that Defendants Kathy L. Rumer's, and Delaware Valley Aesthetics, PLLC's Notice of Withdrawal of Appearance of Chilton G. Goebel, III (ECF No. 26) is **STRICKEN** for failure to comply with Local Rule 5.1(c), which notes: "An attorney's appearance may not be withdrawn except by leave of court, unless another attorney of this court shall at the same time enter an appearance for the same party."

**BY THE COURT**:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge