**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROXANNE THOMPSON | : | CIVIL ACTION |
| VS. | | |
| KATHY L. RUMER, D.O., F.A.C.O.S., et al | : | NO. 2:18-cv-03817 |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter an appearance on behalf of defendants Kathy L. Rumer, D.O., F.A.C.O.S. and Delaware Valley Aesthetics, PLLC, d/b/a Rumer Cosmetic Surgery in the above captioned matter.

                          GERMAN, GALLAGHER & MURTAGH

BY: *Lauren Green*
                          Lauren A. Green
                          Identification No. 322622

                          Attorney for Defendants
                          Kathy L. Rumer, D.O., F.A.C.O.S.
                          and Delaware Valley Aesthetics, PLLC,
                          d/b/a Rumer Cosmetic Surgery

                          The Bellevue, 5th Floor
                          200 S. Broad Street
                          Philadelphia, PA 19102
                          T: 215-545-7700
                          F: 215-732-4182
                          greenl@ggmfirm.com