**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROXANNE THOMPSON | : | CIVIL ACTION |
| | : | |
| VS. | : | |
| | : | |
| KATHY L. RUMER, D.O., F.A.C.O.S., et al | : | NO. 2:18-cv-03817 |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter an appearance on behalf of Defendants, Kathy L. Rumer, D.O., F.A.C.O.S. and Delaware Valley Aesthetics, PLLC, d/b/a Rumer Cosmetic Surgery, in the above captioned matter.

GERMAN, GALLAGHER & MURTAGH

BY: _____
John P. Shusted
I.D. No. 44675  shustedj@ggmfirm.com
200 S. Broad Street
The Bellevue, Suite 500
Philadelphia, PA 19102
215-545-7700    215-732-4182 (Fax)

*Attorney for Defendants
Kathy L. Rumer, D.O., F.A.C.O.S.
and Delaware Valley Aesthetics, LLC,
d/b/a Rumer Cosmetic Surgery*