**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROXANNE THOMPSON | : | CIVIL ACTION |
| VS. | | |
| KATHY L. RUMER, D.O., F.A.C.O.S., et al | : | NO. 2:18-cv-03817 |

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF COURT:

    Kindly withdraw the appearance of Lauren A. Green, Esquire on behalf of defendants Kathy L. Rumer, D.O., F.A.C.O.S. and Delaware Valley Aesthetics, PLLC, d/b/a Rumer Cosmetic Surgery in the above captioned matter.

    GERMAN, GALLAGHER & MURTAGH

BY:   */s/ Lauren A. Green*
      Lauren A. Green
      Identification No. 322622
      The Bellevue, 5th Floor
      200 S. Broad Street
      Philadelphia, PA 19102
      T: 215-545-7700
      F: 215-732-4182
      greenl@ggmfirm.com

      Attorney for Defendants
      Kathy L. Rumer, D.O., F.A.C.O.S.
      and Delaware Valley Aesthetics, PLLC,
      d/b/a Rumer Cosmetic Surgery