# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROXANNE THOMPSON,** | : |
| *Plaintiff,* | : |
| | : Case No. 2:18-cv-3817-JDW |
| v. | : |
| **KATHY L. RUMER, et al,** | : |
| *Defendants.* | : |

## ORDER

**AND NOW,** this 31st day of March, 2022, upon notice that the Parties have completed arbitration and that the arbitration award has been satisfied, it is **ORDERED** that this case is removed from the civil suspense file, and Plaintiff's action is **DISMISSED WITH PREJUDICE**. Each party shall bear his, her, or its own costs. The Clerk shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**
*Judge, United States District Court*